FILED
Clerk
District Court

APR 2 1 2006

For The Northern Mariana Islands
By_____
(Deputy Clerk)

DEPARTMENT OF JUSTICE

**CERTIFICATE OF RELEASE OF LIEN**
IMPOSED UNDER
THE SENTENCING REFORM ACT OF 1984
UNITED STATES ATTORNEY'S OFFICE
FOR THE DISTRICT OF GUAM

I hereby certify that as to the following named debtor the requirements of section 3613(a)(1) of Title 18 of the United States Code have been satisfied with respect to the judgment enumerated below, together with all statutory additions; and that the lien or Judgment was recorded on **April 27, 2004**, as File number **04-1055**, and on **February 10, 2005**, as instrument number **703973** are hereby authorized to make notation on the books to show the release of said lien, insofar as the lien relates to the following imposition.

Name of Defendant:  Carmen Dela Cruz Farrell          Address:  Tinian, MP 96952
           SSN:  XXX-XX-3970
           DOB:  XX-XX-1949

Court Imposing Judgment:   U.S. District Court for the Northern Mariana Islands

Court Number:   CR 03-00013

Amount of Judgment:   $1,100.00 + Cost of probation supervision

Place of filing:   NMI and Guam

WITNESS my hand at Hagåtña, Guam, on this, the ___4th___ day of April, 2006.

_____
MARIVIC P. DAVID
Assistant U.S. Attorney

ORIGINAL