✎PROB 34
(Rev. 5/01)

**Report and Order Terminating Term of Probation**

F I L E D
Clerk
District Court

MAY - 9 2006

# UNITED STATES DISTRICT COURT

FOR THE

For The Northern Mariana Islands
By_____
(Deputy Clerk)

_District of the Northen Mariana Islands_

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | CRIMINAL CASE NO. 03-00013-001 |
| CARMEN DELA CRUZ FARRELL | |

It appearing that the above named has complied with the conditions of probation imposed by the order of the Court heretofore made and entered in this case and that the period of probation expired on **April 7, 2006**. I, therefore, recommend that the defendant be discharged from probation and that the proceedings in the case be terminated.

Respectfully submitted,

FRANK MICHAEL CRUZ
Chief U.S. Probation Officer

By: _/s/ Margarita DLG Wonenberg_
MARGARITA DLG WONENBERG
U.S. Probation Officer

Reviewed by:

_/s/_
ROSSANNA VILLAGOMEZ-AGUON
U.S. Probation Officer
Supervision Unit Leader

cc:   AUSA
      Defense Counsel
      File

## ORDER OF COURT

Pursuant to the above report, it is ordered that the defendant be discharged from probation and that the proceedings in the case be terminated.

Dated this __9TH__ day of ~~April~~ MAY 2006

_/s/ Alex R. Munson_
Honorable Alex R. Munson
Chief Judge
U.S. District Court for the
Northern Mariana Islands