FILED
Clerk
District Court

MAY -9 2006

For The Northern Mariana Islands
By_____
(Deputy Clerk)

# DISTRICT COURT OF THE NORTHERN MARIANA ISLANDS

# COMMONWEALTH OF THE NORTHERN MARIANA ISLANDS

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>　　　　Plaintiff,<br>vs.<br>CARMEN DLC. FARRELL,<br>　　　　Defendant. | CRIMINAL CASE NO. 03-00013-001<br><br>APPLICATION AND ORDER FOR<br>RELEASE OF PASSPORT |

COMES NOW, U.S. Probation Officer Margarita DLG. Wonenberg, in the above-captioned case and requests for the release of the passport held by the Court, U.S. Passport Number 120957618, which was a condition of pretrial release.

Dated this __8th__ day of May 2006

_____
MARGARITA DLG. WONENBERG
U.S. Probation Officer

## ORDER

On the application of U.S. Probation Officer Margarita DLG. Wonenberg, the Clerk of Court is hereby ordered to release the passport belonging to the defendant.

Dated this __9TH__ day of May 2006.

_____
ALEX R. MUNSON
Chief Judge
District of the Northern Mariana Islands